# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA )
)
v. )           Case Number: 3:21-CR-00104-001
)           Judge Crytzer
DOMINIC BROWN )

## AGREED ORDER OF REVOCATION

A Petition for Warrant for Offender Under Supervision has been filed against the defendant, Dominic Brown, and the defendant admits that he has violated his supervised release as alleged in the Petition and described in the Plea Agreement entered in the case of *United States v. Dominic Brown*, No. 3:25-CR-00045-001 (D. Tenn. filed May 7, 2025). An agreement has been reached between the parties, recommending that the defendant's supervised release should be revoked and that he should receive a sentence of Six (6) Months incarceration to be served consecutively to any sentence imposed in the companion case, No. 325-CR-00045-001.

The defendant agrees to waive the defendant's right to a hearing pursuant to Rule 32.1 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is I. The advisory guideline range is 4-10 months for Grade B violations which the Court has carefully considered. There is a statutory maximum of Two (2) years imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but

not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

**IT IS HEREBY ORDERED,** therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of Six (6) months to run consecutive to any sentence imposed in the case *United States v. Dominic Brown*, No. 3:25-CR-00045-001 (D. Tenn. filed May 7, 2025).

SO ORDERED

The Honorable Katherine A. Crytzer
United States District Judge

APPROVED FOR ENTRY:

Michael Gilmore
Assistant United States Attorney

Dominic Brown, Defendant

Michael B. Menefee
Attorney for Dominic Brown

E. Aaron Powell
United States Probation Officer